```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHEYANNE LORD,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :          23-CV-4643 (VSB)
               -against-                                   :
                                                           :                **ORDER**
UNITED STATES POSTAL SERVICE,                              :
SOUNDVIEW REALTY ASSOCIATES, INC.,                         :
and UNITED STATES OF AMERICA,                              :
                                                           :
                              Defendants.                  :
                                                           :
---------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on June 1, 2023, (Doc. 1), and filed affidavits of service on June 7, June 14, and June 23, 2023, (Docs. 5–7).  The latest deadline for Defendants to respond to Plaintiff's complaint was August 5, 2023.  (*See* Doc. 5.)  To date, only counsel for the United States of America has appeared and no Defendant has responded to the complaint.  Accordingly, Defendants are hereby ordered to answer or otherwise respond to the complaint by August 28, 2023.

SO ORDERED.

Dated:    August 21, 2023
             New York, New York

                                                                               _____
                                                                     VERNON S. BRODERICK
                                                                     United States District Judge