STEPHEN J. LIAKAS, ESQ.
Founding Partner
SL@Liakaslaw.com
P: (212) 937-7765
F: (877) 380-9432



**LIAKAS LAW** P.C.

Liakaslaw.com
40 Wall Street
50th Floor
New York, NY 10005

New Jersey Office
576 Main Street
Suite C
Chatham, NJ 07928

August 29, 2023

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

      Re:    **Lord v. United States of America et al**
              <u>Docket No.: 1:23-cv-04643</u>

Dear Honorable Vernon S. Broderick:

      This office represents the Plaintiff in the above-referenced personal injury matter. This action stems from a trip and fall accident that occurred on December 4, 2020, on the sidewalk adjacent to the premises located at 1687 Gleason Avenue, Bronx, New York.

      Upon information and belief, the subject premises was owned by Defendant, SOUNDVIEW REALTY ASSOCIATES, INC., and operated by Defendant, THE UNITED STATES OF AMERICA, at the time of the accident and prior thereto. To date, Defendant, SOUNDVIEW REALTY ASSOCIATES, INC., has failed to interpose an Answer despite being successfully served on June 7, 2023. On August 11, 2023, Plaintiff served Defendant, SOUNDVIEW REALTY ASSOCIATES, INC., with a default letter.

      Plaintiff writes to Your Honor to respectfully request a conference to discuss this matter, and Defendant's, THE UNITED STATES OF AMERICA, pending motion to dismiss which was filed on August 28, 2023 (see Document Numbers 11-13).

      Plaintiff thanks the court for its time and consideration herein.

                                                      Very Truly Yours,

                                                      Stephen J. Liakas, Esq.