```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHEYANNE LORD,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :    23-CV-4643 (VSB)
                -against-                                  :
                                                           :         ORDER
SOUNDVIEW REALTY ASSOCIATES, INC.,                         :
                                                           :
                              Defendant.                   :
                                                           :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:   April 16, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge